■ JOSEPHINE CONN, Respondent, v. ROBERT H. DUMAS et al., Appellants. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Oswego Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ WOLVERINE WINTER-SEAL CORP., Respondent, v. WAY JEWELERS, INC., Appellant, et al., Defendant.— Order unanimously modified by extending time to serve answer to 15 days after service of a copy of the order to be entered herein and by striking out the second ordering paragraph and as modified affirmed, without costs of this appeal to either party. Memorandum: There was no showing that the delay in answering caused any financial loss to the plaintiff; in fact, there was no claim of any such loss. The provision requiring that the sum of $250 be paid as a condition of opening the default was an abuse of discretion. (Appeal from part of order of Erie Special Term requiring payment by defendant of $250 as condition for leave to open default in pleading and to extend time to answer the complaint.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. URAN MINING CORPORATION, Respondent, et al., Defendants, and JOSEPH T. MARTINO, Appellant.— Appellant directed to prepare, serve and file a supplemental record within 30 days in accordance with the memorandum. See memorandum filed in *People* v. *Uran Mining Corp.* (13 A D 2d 612). (Appeal from order of Monroe Special Term, denying application for counsel fees for attorneys for defendant Martino.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ (A) WEST'S FARM AGENCY, INC., Respondent, v. CHARLES COXSON et al., Appellants. (B) EDITH HAWTHORNE, Appellant, v. WILSON HAWTHORNE, Respondent, et al., Defendant.— [In each action] Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO RATAJCZAK, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ (A) ETTA EYSAMAN, Respondent, v. TOWN OF LITTLE FALLS, Appellant. (B) MARION S. KRUGER et al., Appellants, v. VINCENT CIADELLA et al., Doing Business as SUNRISE MOTEL, Respondents.— [In each action] Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.